UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH SCHOENHERR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A.,<br><br>　　　　Defendant. | Case No. 2:19-cv-12189<br><br>**Hon. Linda V. Parker**<br><br>**Mag. R. Steven Whalen** |

**STIPULATION AND ORDER TO DISMISS
DEFENDANT CHASE BANK USA, N.A., N/K/A JPMORGAN CHASE
BANK, N.A. WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Chase Bank USA, N.A., n/k/a JPMorgan Chase Bank, N.A., erroneously sued as Chase Bank USA, N.A. ("Chase"), through their respective counsel, stipulate to the dismissal of Chase, without prejudice and without costs or attorney fees to either party.

| | |
|---|---|
| */s/ Tarek N. Chami*<br>Tarek N. Chami (P76407)<br>Attorney for Plaintiff<br>Chami Law, PLLC<br>tarek@chamilawpllc.com | */s/Joseph H. Hickey*<br>Joseph H. Hickey<br>Attorney for Defendant<br>DYKEMA GOSSETT PLLC<br>jhickey@dykema.com |

## ORDER TO DISMISS
## DEFENDANT CHASE BANK USA, N.A., N/K/A JPMORGAN CHASE BANK, N.A. WITHOUT PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Chase Bank USA, N.A., n/k/a JPMorgan Chase Bank, N.A., erroneously sued as Chase Bank USA, N.A. shall be dismissed without prejudice and without costs or attorney fees awarded to either party.

This order resolves the last pending claim and closes the case.

IT IS SO ORDERED.

                                                     s/ Linda V. Parker
                                                   LINDA V. PARKER
                                                   U.S. DISTRICT JUDGE

Dated: July 26, 2019

LA 52280196v1
07/25/2019 1:20 PM